# Order

Michigan Supreme Court
Lansing, Michigan

February 2, 2021

159914

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

MATTHEW SCOTT BENTLEY,
        Defendant-Appellant.

SC:  159914
COA:  340582
Huron CC:  97-003958-FC

_____/

On order of the Court, the application for leave to appeal the May 16, 2019 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 2, 2021



Clerk

t0125